IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TERESA OWENS                                                                     PLAINTIFF

vs.                              Civil No. 4:18-cv-04037

NANCY A. BERRYHILL                                           DEFENDANT
Acting Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 11th day of February 2019, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE